**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00912-CV

---

**DERRICK FRASER, Appellant**

**V.**

**DEUTCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2005-B, ASSET BACKED PASS-THROUGH CERTIFICATES, Appellee**

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1037386**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed October 8, 2013.  On January 16, 2014, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.